E-filing

FILED
07 DEC -3 PM 3:09
RICHARD W. [WIEKING]
CLERK, U.S. [DISTRICT COURT]
NORTHERN [DISTRICT OF CALIFORNIA]

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WEAVER   WILLIE
      (Last)    (First)    (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. BOX 7000 CRESCENT CITY, CA. 95531.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

PELICAN BAY STATE PRISON THIRD WATCH
11/22/07

(Enter the full name of the defendant(s) in this action))

Case No.  CV 07 6100 (PR)
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement _____

B.  Is there a grievance procedure in this institution?

    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                          - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____ 2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____ 4 Third formal level _____

_____

E.   Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )   NO (✓)

F.   If you did not present your claim for review through the grievance procedure, explain why. __STILL bEING PROCESSED_____

_____

_____

II.   Parties

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

__WILLIE WEAVER  PELICAN BAY STATE__
__PRISON  P.O. BOX 7000  CRESCENT CITY,__
__CA. 95531__

B.   Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                           - 2 -

1  place of employment.
2  PELICAN BAY STATE PRISON
3  THIRD WATCH  11/22/07

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 11/22/07 THERE WAS NO SHOWERS FOR B-2-A-SECTION UPPER TIER SEE: CALIFORNIA CODE OF REGULATIONS TITLE 15. ARTICLE 5. 3060. INSTITUTIONS WILL PROVIDE THE MEANS FOR ALL INMATES TO KEEP THEMSELVES AND THEIR LIVING QUARTERS CLEAN AND TO PRACTICE GOOD HEALTH HABITS. DEFENDANT'S DENIED PLAINTIFF HIS SHOWER ON 11/22/07 DEFENDANT'S SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

LIABILITY DAMAGES 20,000 TWENTY THOUSAND DOLLARS DUE TO!

COMPLAINT                          - 3 -

1  HARRASSMENT, TARGETING PLAINTIFF,
2  VIOLATION OF CONSTITUTION RIGHTS,
3  PUNITIVE DAMAGES 20.000 TWENTY
4  THOUSAND DOLLARS DUE TO: MENTAL
5  ANGUISH, SEVERE EMOTIONAL DISTRESS,
6  POST TRAUMATIC STRESS DISORDED

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this ___11___ day of ___22___, 20_07_

11  _____Willie Weaver_____
12              (Plaintiff's signature)

COMPLAINT                    - 4 -

WILLIE WEAVER
J-91384 B5-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA
95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

EUREKA CA 955
NOV 2007




02 1M
0004217666    NOV
MAILED FROM ZIP COD

pro se

CONFIDENTIAL
LEGAL MAIL

94100X9999

OFFICE OF THE CL
UNITED STATES
COURT NORTHERN
OF CALIFORNIA 4(
GOLDEN GATE
SAN FRANCISCO,