E-filing

**FILED**
JAN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW
(PR)

WILLIE WEAVER
                  Plaintiff,

vs.

PELICAN BAY STATE
PRISON THIRD WATCH
                  Defendant.

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ✓ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

| | |
|---|---|
| 1 | If the answer is "no," state the date of last employment and the amount of the gross and net |
| 2 | salary and wages per month which you received. (If you are imprisoned, specify the last |
| 3 | place of employment prior to imprisonment.) |
| 4 | _SACRAMENTO AIR PORT    300 WEEKLY_ |
| 5 | _1200 MONTHLY_ |
| 6 | |
| 7 | 2.    Have you received, within the past twelve (12) months, any money from any of the |
| 8 | following sources: |

    a.    Business, Profession or self employment     Yes ___ No ✓

    b.    Income from stocks, bonds, or royalties?     Yes ___ No ✓

    c.    Rent payments?     Yes ___ No ✓

    d.    Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e.    Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

1  9. Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)

3  _____

4  _____

5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.

9  _____

10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   12/20/07                              /s/ Willie Weaver
17       DATE                              SIGNATURE OF APPLICANT
PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>13.13</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>17.55</u>.    (20%= $3.51)

Dated: 12/20/07                                    _____
                                                   Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
      TRUST OFFICE

```
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    PELICAN BAY STATE PRISON
                  INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCOUNT NUMBER : J91389             BED/CELL NUMBER: BF02U 0000002105
ACCOUNT NAME   : WEAVER, WILLIE EUGENE     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION   COMMENT  CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------   -------  ---------  --------   -----------   -------

06/01/2007    BEGINNING BALANCE                                           10.62

07/05 D320 TRUST FUNDS T 0078 CCI                  5.32                   15.94
07/11*DD30 CASH DEPOSIT  0197 #006                67.50                   83.44
07/19 W215 FEDERAL FILIN 0351 03/02                            2.57       80.87
07/19 W212 FEDERAL FILIN 0351 03/02                            2.57       78.30
07/19 W212 FEDERAL FILIN 0351 03/02                            2.57       75.73
07/19 W212 FEDERAL FILIN 0351 03/02                            2.57       73.16
07/19 W214 FEDERAL FILIN 0351 03/02                            2.57       70.59
07/19 W214 FEDERAL FILIN 0351 03/02                            2.57       68.02
07/19 W211 FEDERAL FILIN 0351 03/02                            2.57       65.45
07/19 W215 FEDERAL FILIN 0351 07/11                            9.35       56.10
07/19 W212 FEDERAL FILIN 0351 07/11                            9.35       46.75
07/19 W212 FEDERAL FILIN 0351 07/11                            9.35       37.40
07/19 W212 FEDERAL FILIN 0351 07/11                            9.35       28.05
07/19 W214 FEDERAL FILIN 0351 07/11                            9.35       18.70
07/19 W214 FEDERAL FILIN 0351 07/11                            9.35        9.35
07/19 W211 FEDERAL FILIN 0351 07/11                            9.35        0.00
11/27*DD30 CASH DEPOSIT  2318 ML101               11.25                   11.25
11/27 W211 FEDERAL FILIN 2333 11/27                            1.40        9.85
11/27 W214 FEDERAL FILIN 2333 11/27                            1.40        8.45
11/27 W215 FEDERAL FILIN 2333 11/27                            1.40        7.05
11/27 W212 FEDERAL FILIN 2333 11/27                            1.40        5.65
11/27 W212 FEDERAL FILIN 2333 11/27                            1.40        4.25
11/27 W212 FEDERAL FILIN 2333 11/27                            1.40        2.85
11/27 W214 FEDERAL FILIN 2333 11/27                            1.40        1.45
11/27 W211 FEDERAL FILIN 2333 11/27                            1.40        0.05

                          CURRENT HOLDS IN EFFECT

  DATE       HOLD
 PLACED      CODE      DESCRIPTION            COMMENT          HOLD AMOUNT
-----------  ----  ---------------------   ---------------    --------------

07/31/2007   H103  DAMAGES-REFUSED TO SIGN HOLD  0506  CCI         2.87
07/31/2007   H103  DAMAGES-REFUSED TO SIGN HOLD  0506  CCI         2.45
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J Kleppin_
TRUST OFFICE

```
                         PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCT: J91389       ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I

                         * RESTITUTION ACCOUNT ACTIVITY

                                              CASE NUMBER: 94F09335
DATE SENTENCED: 01/19/96                      FINE AMOUNT: $   5,600.00
COUNTY CODE: SAC
                                              TRANS. AMT.        BALANCE
  DATE        TRANS.    DESCRIPTION
                                                                 5,393.82
06/01/2007    BEGINNING BALANCE
07/11/07      DR30      REST DED-CASH DEPOSIT      75.00-        5,318.82
11/27/07      DR30      REST DED-CASH DEPOSIT      12.50-        5,306.32

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

                                                                  TRANSACTIONS
 BEGINNING    TOTAL         TOTAL         CURRENT       HOLDS     TO BE POSTED
  BALANCE    DEPOSITS     WITHDRAWALS     BALANCE      BALANCE
                                                                      0.00
   10.62      84.07         94.64          0.05         5.32

                                                                   CURRENT
                                                                  AVAILABLE
                                                                   BALANCE

                                                                     5.27-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ~S Kleppin~
TRUST OFFICE