**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,        )<br>                              )<br>        Plaintiff,        )<br>                              )<br>  vs.                        )<br>                              )<br>PELICAN BAY STATE PRISON, et )<br>al.,                          )<br>                              )<br>        Defendant(s).  )<br>                              ) | No. C 07-06100 JW (PR)<br><br>JUDGMENT |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On January 31, 2008, the Court denied plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the full filing fee within thirty days from the date the order was filed, *i.e.*, no later than March 1, 2008. Plaintiff was advised that failure to pay the full filing fee in the time provided would result in the dismissal of the action without prejudice.

The deadline has since passed, and plaintiff has not paid the full filing fee. This case is DISMISSED without prejudice. Judgment is entered accordingly.

DATED: March 10, 2008

JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.07\Weaver06100_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____ / | Case Number: CV07-06100 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on     3/20/2008    , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated:     3/20/2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk